UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ISAAC COUSIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 2:02-cr-32 |
| v. ) | (2:12-cv-342) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER AMENDING JUDGMENT

Pursuant to the Memorandum Opinion filed contemporaneously herewith, the term of IMPRISONMENT set out in the judgment filed on February 9, 2004, as document 266 is AMENDED to read as follows: "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of TIME SERVED."

This order shall take effect TEN DAYS from its entry in order to give the Bureau of Prisons time to process petitioner's release. Except as provided above, all provisions of the judgment entered February 9, 2004 shall remain in effect.

The Clerk is directed to close the civil file.

SO ORDERED:

                                                          s/ R. Leon Jordan
                                                     United States District Judge

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
  CLERK OF COURT